[Cite as *02/09/2004 Case Announcements,* 2004-Ohio-462.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 9, 2004*

## MOTION AND PROCEDURAL RULINGS

**2004–0120.   In re La. B.**

Cuyahoga App. No. 81981, 2003-Ohio-6852. This cause is pending before the court as an appeal involving termination of parental rights/adoption. Upon consideration of appellant's motion for stay of the court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

F.E. Sweeney, J., dissents.

**2004–0148.   State v. Vaughn.**

Carroll App. No. 683, 2003-Ohio-7023. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of the court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

F.E. Sweeney, J., dissents.